FILED
2017 JAN -9 PM 1: 19
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, *et al.*
*ex rel.* ANTONIO S. MONTECALVO,

    Plaintiffs,

v.

SHIRE REGENERATIVE MEDICINE, INC.,
*et al.*

    Defendants.
_____/

Case No.: 8:16-cv-268-T-30TBM

**FILED *EX PARTE*
AND UNDER SEAL**

## ORDER

This cause is before the Court pursuant to the *United States' Notice of Intervention for Purposes of Settlement and Request for Partial Unsealing* (Notice). Having reviewed the government's Notice and having found good cause for the requested relief, it is hereby ORDERED that:

1. The Complaint in this Action, the Notice, and the resulting Order shall be unsealed.

2. Except as previously ordered by the Court, all other papers previously on file in this action shall remain under seal.

3. Except as may be specifically ordered by the Court, the seal shall be lifted on all matters occurring in this action after the date of this Order

DONE AND ORDERED in Tampa, FL, this ___9___ day of ___Jan.___, 2017.

_____
HONORABLE JAMES S. MOODY, JR.
United States District Judge

cc: AUSA Lacy R. Harwell, Jr.
AUSA Christopher P. Tuite
400 North Tampa Street
Suite 3200
Tampa, FL 33602

Richard S. Nicholson
Trial Attorney, Civil Division
U.S. Department of Justice
601 D. Street, N.W., Room 9928
Washington D.C. 20004

Silvija A. Strikis
Joseph S. Hall
KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036